UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON McLeod

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Post Graduate Center for Mental Health.
Helaine Foy        • Diana Musca
Marcia Holman   • Mary McGovern

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

RECEIVED
DEC 11 2014
PRO SE OFFICE

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes  ☐ No
*(check one)*

**14 CV 10041**

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

____   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____   New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

____   New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

*Rev. 05/2010*                                           1

Additional <u>Defendants:</u>

② Post Graduate Center for Mental Health
  DIANA MUSCA
   71 West 23rd Street 7th Fl.
   NEW YORK, NY. 10010
   212-576-4100
   Email: dmusca@pgcmh.org

③ Post graduate Center for Mental Health
  MARCIA HOLMAN
   71 West 23rd Street 7th Fl.
   New York, N.Y. 10010

④ Post graduate Center for Mental Health.
  MARY McGOVERN
   71 West 23rd Street 7th Fl.
   New York, N.Y. 10010
   212-576-4100

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name SHARON McLEOD
Street Address 150 OCEAN AVENUE 1E
County, City BROOKLYN N.Y.
State & Zip Code NEW YORK 11225
Telephone Number 347-607-0850

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant    Name Helaine Fox (Post Graduate Center for Mental Health
Street Address 11 West 23rd Street 7th Floor
County, City NEW YORK
State & Zip Code NY 10010
Telephone Number 212-576-4100
See attached for additional defendants.

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer Post Graduate Center for Mental Health
Street Address 11 West 23rd Street
County, City NEW YORK
State & Zip Code NY 10010
Telephone Number 212-576-4100

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

___ Failure to hire me.

✓ Termination of my employment.

___ Failure to promote me.

___ Failure to accommodate my disability.

___ Unequal terms and conditions of my employment.

    ✓   Retaliation.

    ___   Other acts *(specify)*: _____.

*Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: **7/18/14** *Date(s)*.

C. I believe that defendant(s) *(check one)*:

    ___   is still committing these acts against me.

    ✓   is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

    ☑ race **Black**    ☐ color ____

    ☐ gender/sex ____    ☐ religion ____

    ☐ national origin ____

    ☐ age. My date of birth is ____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

    ☐ disability or perceived disability, ____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

I was asked by Assistant Vice President Mary McGovern to terminate an employee who was thought to be mentally ill. I explained to her I was not comfortable in doing so, because of fear for my life and the employees I supervised. A series of retaliation started and I was subsequently told ~~that~~ I was fired because I was not a "good fit."

*Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

### III. Exhaustion of Federal Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: **8/17/2014** *(Date)*.

B. The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

__✓__ issued a Notice of Right to Sue letter, which I received on __12/2/14__ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C. Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

## IV. Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: __To Be determined__

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __11__ day of __December__, 20__14__.

Signature of Plaintiff __Sharon Athead__

Address __150 Ocean Avenue 1E__
__Brooklyn, N.Y. 11225__

Telephone Number __347-607-0850__

Fax Number *(if you have one)* _____

Rev. 05/2010                                    4

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sharon B. McLeod<br>150 Ocean Avenue, Apt. 1-E<br>Brooklyn, NY 11225 | From: | New York District Office<br>33 Whitehall Street, 5th Floor<br>New York, NY 10004 |
|---|---|---|---|

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2014-03293 | Thomas Perez, Investigator | (212) 336-3778 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     11-28-2014
Kevin J. Berry,     *(Date Mailed)*
District Director

Enclosures(s)

cc:   **Helaine Fox**
Director of Human Resources
POST GRADUATE CENTER FOR MENTAL HEALTH
71 West 23rd Street
Manhattan, NY 10010