**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

**SHARON McLEOD,**

                        **Plaintiff,**

    **- against -**

**POSTGRADUATE CENTER FOR MENTAL**
**HEALTH, HELAINE FOX, MARCIA HOLMAN,**
**DIANA MUSCA and MARY McGOVERN,**

                       **Defendants.**

------------------------------------------------------------------------x

**Case No. 14 CV. 10041**
**(ALC) (JCF)**

## NOTICE OF MOTION TO ENFORCE SETTLEMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and accompanying exhibits, Defendants Postgraduate Center for Mental Health ("PCMH"), Helaine Fox, Marcia Holman, Diana Musca, and Mary McGovern (hereinafter collectively referred to as "Defendants"), by and through their undersigned attorneys, will move before the Honorable James C. Francis IV at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an Order enforcing the settlement agreement in this matter and dismissing the Complaint in the above-referenced action with prejudice, and granting such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JACKSON LEWIS P.C.

44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-6865

By: _____
Michael L. Abitabilo
John D. Bryan
*Attorneys for Defendants*

Dated:    June 14, 2016
          White Plains, New York

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
**SHARON McLEOD,**                                        :
                                                         :
                                 **Plaintiff,**          : **Case No. 14 CV. 10041**
                                                         : **(ALC) (JCF)**
         **- against -**                                 :
                                                         :
**POSTGRADUATE CENTER FOR MENTAL**                       :
**HEALTH, HELAINE FOX, MARCIA HOLMAN,**                  :
**DIANA MUSCA and MARY McGOVERN,**                       :
                                                         :
                                 **Defendants.**         :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of Defendants' Notice of Motion to

Enforce Settlement was served via FedEx on June 14, 2016, upon Plaintiff Sharon McLeod and

Plaintiff's *pro bono* counsel for the purposes of mediation at the following addresses:

Sharon McLeod
150 Ocean Avenue, 1G
Brooklyn, New York 11225
Plaintiff *Pro Se*

Vartges W. Saroyan, Esq.
111-25 66th Avenue, Suite 1A
Forest Hills, New York 11375
Plaintiff's *pro bono* counsel

                                                _____
                                                Michael L. Abitabilo