USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-19-16_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

SHARON MCLEOD

                             Plaintiff,

               -against-

POST GRADUATE CENTER FOR
MENTAL HEALTH, et al.,

                            Defendants.

-------------------------------------------------------------- x

1:14-cv-10041 (ALC)

<u>ORDER ADOPTING REPORT
AND RECOMMENDATION</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      On May 24, 2016, the Court issued a 30-day order in this action after it having been reported to the Court that there was a memorandum of understanding between the parties as of May 20, 2016, at the conclusion of a mandatory mediation session. On June 14, 2016, Defendants filed a letter motion to compel enforcement of the settlement agreement. This matter was referred to United States Magistrate Judge James C. Francis IV. Judge Francis subsequently issued a Report and Recommendation on September 30, 2016, recommending that Defendants' motion be granted and Plaintiff's request be denied.

      In the Report and Recommendation, Judge Francis instructed the parties that, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, they had 14 days from service to file written objections to the Report and Recommendation. He further noted that failure to file objections would result in waiver of those objections for the purposes of appeal. No party filed objections.

      Where no timely objections are made, the Court may adopt the Report and Recommendation "as long as there is no clear error on the face of the record." <u>Sacks v. Gandhi Eng'g, Inc.</u>, 999 F.

**COPIES MAILED**

Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing <u>Wilds v. United Parcel Serv.</u>, 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)). In light of the lack of any objections to the Report and Recommendation, the Court finds no clear error in the record and adopts Judge Francis' Report and Recommendation in its entirety.

Defendants' motion is granted and Plaintiff's request is denied. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated:   October 19, 2016
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**